1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9    MAIL BOXES, ETC., INC.,

10                       Plaintiff,

11          v.                              CIV. NO. S-06-258 LKK/GGH

12   MARILYN PATON, an individual; and
     WALTER PATON, an individual,
13
                         Defendant.
14   _____/
     MAIL BOXES, ETC., INC.,
15
                         Plaintiff,
16
            v.                              CIV. NO. S-06-259 LKK/GGH
17
     DAVID DERUS, an individual; and
18   LA JEAN KUETHE-DERUS, an individual,

19                       Defendants.
     _____/
20   MAIL BOXES, ETC., INC.,

21                       Plaintiff,

22          v.                              CIV. NO. S-06-260 LKK/GGH

23   CRAIG HANSEN, an individual; and            O R D E R
     MARCIA HANSEN, an individual,
24
                         Defendants.
25   _____/

26   ////

1

1    The court is in receipt of motions for temporary restraining

2 orders in all three of the above-captioned cases.  The following

3 schedule is SET:

4    1.  Counsel for plaintiff shall immediately FAX notice of the

5 motions for temporary restraining order and SERVE the motions and

6 supporting declarations on counsel for defendants by overnight mail

7 by close of business today, if she has not already done so;

8    2.  Oppositions to the motions for temporary restraining order

9 are DUE not later than noon on Friday, February 10, 2006; and

10    3.  Hearing on the motions is now SET for February 13, 2006

11 at 10:00 a.m. in Chambers.

12    IT IS SO ORDERED.

13    DATED:  February 8, 2006.

14
                              /s/Lawrence K. Karlton
15                            LAWRENCE K. KARLTON
                              SENIOR JUDGE
16                            UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26